RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:    MAXINE S. MAK (031158)
       KATHERINE L. KANE (033605)
       ANNA G. CRITZ (034530)
       makm@mcao.maricopa.gov
       katherine.kane@mcao.maricopa.gov
       critza@mcao.maricopa.gov
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
MCAO Firm No. 00032000
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants Cost & Munnell*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josiah English, III,<br><br>    Plaintiff,<br>v.<br><br>A. Cost, in his individual and official capacities; J. Munnell # B0797, in his individual and official capacities;<br><br>    Defendants. | No. CV-19-04746-PHX-GMS (JZB)<br><br>**NOTICE OF READINESS** |

Pursuant to the Scheduling Order issued by the Court on September 21, 2023 (Doc. 51), the Defendants advise the Court that the parties are ready for the Court to set a deadline for them to file a proposed joint pretrial order.

**RESPECTFULLY SUBMITTED** this 7th day of May 2024

          RACHEL H. MITCHELL
          MARICOPA COUNTY ATTORNEY

          BY: */s/ Katherine L. Kane*
               MAXINE S. MAK
               KATHERINE L. KANE
               ANNA G. CRITZ
               Deputy County Attorneys
               *Attorneys for Defendants Cost & Munnell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and a copy served by US Postal Mail on non-registered participant:

Josia English III, #362799
ASPC – Winslow – Kaibab Unit
2100 S. Highway 87
Winslow, AZ 86047
*Plaintiff Pro Se*

/s/ *S.R.*

S:\CIVIL\CIV\Matters\CJ\2019\English III, Josiah v. Cost CJ19-0299\Pleadings\Word\Notice of Trial Readiness.docx