RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:     MAXINE S. MAK (031158)
        KATHERINE L. KANE (033605)
        ANNA G. CRITZ (034530)
        makm@mcao.maricopa.gov
        katherine.kane@mcao.maricopa.gov
        critza@mcao.maricopa.gov
        Deputy County Attorneys

CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
MCAO Firm No. 00032000
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants Cost & Munnell*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josiah English, III, | No. CV-19-04746-PHX-GMS (JZB) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| A. Cost, in his individual and official capacities; J. Munnell # B0797, in his individual and official capacities; | |
| Defendants. | |

PLEASE TAKE NOTICE that Katherine L. Kane hereby withdraws as attorney of record for Maricopa County Defendant(s) in the above-captioned matter. Maricopa County Defendant(s) remain represented by named counsel, Maxine Mak.

**RESPECTFULLY SUBMITTED** this 2nd day of July 2024

                        RACHEL H. MITCHELL
                        MARICOPA COUNTY ATTORNEY

                        BY: */s/Maxine S. Mak*
                            MAXINE S. MAK
                            KATHERINE L. KANE
                            ANNA G. CRITZ
                            Deputy County Attorneys
                            *Attorneys for Defendants Cost & Munnell*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and a copy served by US Postal Mail on non-registered participant:

Josia English III, #362799
ASPC – Winslow – Kaibab Unit
2100 S. Highway 87
Winslow, AZ 86047
*Plaintiff Pro Se*

/s/ *A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2019\English III, Josiah v. Cost CJ19-0299\Pleadings\Word\NOW 070224.docx